JUSTUS v. DEUTSCH

No. 332P83.

Case below: 62 N.C. App. 711.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

LACKEY v. TRIPP

No. 504P83.

Case below: 63 N.C. App. 765.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 December 1983.

LINEBERRY v. GARNER

No. 498P83.

Case below: 63 N.C. App. 789.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

McMILLAN v. NEWTON

No. 486P83.

Case below: 63 N.C. App. 751.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

MASHBURN v. HEDRICK

No. 457P83.

Case below: 63 N.C. App. 454.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.